# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUN HUI LIN,<br><br>      *Plaintiff,*<br><br>v.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>      *Defendant.* | CIVIL ACTION<br><br>NO. 20-3876 |

## ORDER

**AND NOW**, this 24th day of September 2020, upon consideration of Defendant's Notice of Removal (ECF No. 1), Plaintiff's Motion to Remand (ECF No. 7), Defendant's Response (ECF No. 9), and Plaintiff's Reply (ECF. No. 11), it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand is **GRANTED**, and the case is **REMANDED** to the Philadelphia County Court of Common Pleas; and

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.